**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 22, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Douglas Abbott
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Mr. Jonathan Michael Anderson
Mr. Peter Krumholz
Mr. Richard A. Westfall
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

Mr. Marc F. Colin
Bruno, Colin & Lowe
1999 Broadway, Suite 3100
Denver, CO 80202

Mr. Anthony Fabian
Anthony J. Fabian Law Offices
510 Wilcox Street, Suite C
Suite C
Castle Rock, CO 80104

Mr. Joseph Gary Samuel Greenlee
400 North Park Avenue, Suite 10-B
Breckenridge, CO 80424

Mr. David Kopel
Independence Institute
727 East 16th Avenue
Denver, CO 80203

**RE:     14-1290, 14-1292, Colorado Outfitters, et al v. Hickenlooper**
          Dist/Ag docket: 1:13-CV-01300-MSK-MJW

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40, any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 12 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

                                              Sincerely,

                                              Elisabeth A. Shumaker
                                              Clerk of the Court

cc:      Anna M. Barvir
           Jonathan K. Baum
           Peter Canfield
           Gregory Andrew Castanias
           Mark Thomas Ciani
           Charles Justin Cooper
           Anisha Dasgupta
           Parker Douglas
           Jonathan Fero
           Tim Fox
           Matthew D. Grove
           Brian S. Koukoutchos
           John T. Lee
           Peter Kenneth Michael
           Carl D. Michel
           Molly Allen Moats
           Clinton B. Monfort
           LeeAnn Morrill

Dan M. Peterson
Edward Thain Ramey
Sean David Reyes
Stephanie Lindquist Scoville
Sparkle Sooknanan
Kathleen Spalding
Lawrence G. Wasden
Alan Wilson


EAS/dd