**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 12, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Govenor of the State of Colorado, <br><br> Defendant - Appellee. | No. 14-1292 |

_____

**ORDER**
_____

Appellants' unopposed motion for a 30-day extension of time to file the opening briefs in the above referenced appeals is granted. The appellants shall serve and file the opening briefs on or before December 17, 2014. No further extensions of time may be

granted on the clerk's authority.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk