FILED
United States Court of Appeals
Tenth Circuit

December 9, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |

---

## ORDER

---

This matter is before the court on appellants' second unopposed motion for an extension of time to file the appellants' brief in this appeal. At the direction of the court, the motion is granted. The brief and appendix shall be served and filed on or before January 16, 2015. No further extensions will be granted.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk