# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.,<br>         Plaintiffs-Appellants,<br>v.<br>JOHN W. HICKENLOOPER,<br>         Defendant-Appellee. | Case No. 14-1290 |
| JIM BEICKER, SHERIFF OF FREMONT COUNTY, et al.,<br>         Plaintiffs-Appellants,<br>v.<br>JOHN W. HICKENLOOPER,<br>         Defendant-Appellee. | Case No. 14-1292 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

       In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for:
       *Congress of Racial Equality, Pink Pistols, Women Against Gun Control, Disabled Sportsmen of North America, and Second Amendment Sisters*
              in support of Appellants/Petitioners, in the subject case(s).

       Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:  **(Check one.)**
[ ]    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically,

**A-5**  Entry of Appearance Form 10/09

counsel should not include in the certificate any attorney or party identified immediately above.

☑   There are no such parties, or any such parties have heretofore been disclosed to the court.

<u>Brian S. Koukoutchos</u>
Name of Counsel

<u>s/ Brian S. Koukoutchos</u>
Signature of Counsel

<u>28 Eagle Trace Mandeville, LA 70471</u>
Mailing Address and Telephone Number

<u>bkoukoutchos@gmail.com</u>
E-Mail Address

    I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on January 23, 2015 via ECF to:

| | |
|---|---|
| Douglas Abbott | dabbott@hollandhart.com |
| David C. Blake | david.blake@state.co.us |
| Marc F. Colin | mcolin@brunolawyers.com |
| Daniel D. Domenico | Dan.Domenico@state.co.us |
| Anthony Fabian | fabianlaw@qwestoffice.net |
| Matthew D. Grove | matt.grove@state.co.us |
| David Kopel | david@i2i.org |
| Peter Krumholz | pkrumholz@halewestfall.com |
| John T. Lee | jtlee@state.co.us |

A-5  Entry of Appearance Form 10/09

| | |
|---|---|
| LeeAnn Morrill | leeann.morrill@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Richard A. Westfall | rwestfall@halewestfall.com |

And by email to:

| | |
|---|---|
| Jonathan Michael Anderson | jmanderson@hollandhart.com |
| Johnathan Patrick Fero | jon.fero@state.co.us |
| Molly Allen Moats | molly.moats@state.co.us |
| (*See* Fed. R. App. P. 25(b).) | s/Brian S. Koukoutchos |