UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee. | No. 14-1292 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSE BRIEF**

Defendant–Appellee John W. Hickenlooper, in his official capacity as Governor of the State of Colorado, hereby moves this Court for an extension of time in which to file his response brief. As grounds for this motion, the Governor states as follows.

1. The Governor's response brief is due on February 20, 2015.

2. The Governor has not requested any previous extensions of time in this appeal.

3. Pursuant to 10th Cir. Rule 27.3, undersigned counsel has conferred with counsel for both sets of Plaintiffs-Appellants, both of whom indicated that their clients have no objection to the relief requested herein.

4. Based upon the substantial complexity of this case, an adequate brief cannot reasonably be prepared by the due date. In addition to presenting constitutional questions of first impression in this Circuit, a total of seven briefs – totaling 60,050 words – have been filed in support of Plaintiffs-Appellants' position.

5. In addition, the undersigned has been busily engaged in other matters that present a scheduling conflict, including drafting the opening brief in this Court in *Coalition for Secular Government v. Williams*, 14-1469,

which is due on February 23, 2015, and drafting an amicus brief on behalf of the State of Colorado in *Warne v. Hall*, Colo. S. Ct. Case No. 14SC176, which was filed on February 5, 2015.

6. For these reasons, Defendant-Appellant respectfully requests an extension of time, to Monday, March 23, 2015, to file his response brief.

Respectfully submitted this 13th day of February, 2015.

CYNTHIA H. COFFMAN
Attorney General

s/ *Matthew D. Grove*

MATTHEW D. GROVE *
Assistant Solicitor General
KATHLEEN SPALDING*
Senior Assistant Attorney General
STEPHANIE LINDQUIST SCOVILLE*
Senior Assistant Attorney General
LEEANN MORRILL*
First Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015 a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE BRIEF** was served via ECF on the following:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| | |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas L. Abbott | dabbot@hollandhart.com |
| | |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| | |
| Marc F. Colin | mcolin@brunolawyers.com |
| Jonathan Watson | jwatson@brunolawyers.com |
| | |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

              *s/Matthew D. Grove*

CERTIFICATE OF COMPLIANCE AND DIGITAL SUBMISSION

No privacy redactions were necessary. Any additional hard copies required to be submitted are exact duplicates of this digital submission.

The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, System Center Endpoint Protection, Antivirus definition 1.191.4477.0, Engine Version 1.1.11302.0, dated February 13, 2014, and according to the program is free of viruses.

s/ *Matthew D. Grove*

Dated: February 13, 2014