**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**March 17, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al.,<br><br>    Amici Curiae. | No. 14-1290 |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Govenor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al., | No. 14-1292 |

Amici Curiae.

_____

**ORDER**

_____

This matter is before the court on Appellee's second motion for extension of time to file the appellee's brief in this appeal. At the direction of the court, the motion is granted. The brief shall be served and filed on or before April 22, 2015. No further extensions will be granted.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk