**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 16, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

COLORADO OUTFITTERS
ASSOCIATION, et al.,

     Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor of
the State of Colorado,

     Defendant - Appellee.

--------------------------------------

CONGRESS OF RACIAL EQUALITY, et
al.,

     Amici Curiae.

_____

JIM BEICKER, Sheriff of Fremont
County, et al.,

     Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Govenor of
the State of Colorado,

     Defendant - Appellee.

--------------------------------------

CONGRESS OF RACIAL EQUALITY, et
al.,

No. 14-1290

No. 14-1292

Amici Curiae.

_____

**ORDER**

_____

This matter is before the court on Daniel D. Domenico's motion to withdraw as

counsel on behalf of appellee.  The motion is granted.  Daniel D. Domenico shall be

removed as counsel of record in the above referenced appeals.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk