**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 24, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | |
| JOHN W. HICKENLOOPER, Govenor of the State of Colorado, | No. 14-1292 |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

**ORDER**
_____

This matter is before the court on the Unopposed Motion for Extension of Time in Which to File Reply Briefs. The motion is granted. Appellants' reply briefs shall be served and filed on or before May 26, 2015. No further extensions will be granted on the Clerk's authority.

                                             Entered for the Court

                                             ELISABETH A. SHUMAKER, Clerk