# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.<br>　　　　Plaintiffs-Appellants<br>v.<br>JOHN W. HICKENLOOPER<br>　　　　Defendant-Appellee | Case No. 14-1290 |
| JIM BEICKER, et al.<br>　　　　Plaintiffs-Appellants<br>v.<br>JOHN W. HICKENLOOPER<br>　　　　Defendant-Appellee | Case No. 14-1292 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

　　In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for:
　　*Everytown for Gun Safety* in support of Defendant-Appellee in the subject cases.

　　Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:
**(Check one.)**
[ ]　　On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[x]　　There are no such parties, or any such parties have heretofore been disclosed to the court.

<u>Sparkle L. Sooknanan</u>
Name of Counsel

<u>/s/Sparkle L. Sooknanan</u>
Signature of Counsel

<u>51 Louisiana Ave. N.W., Washington, DC  20001/ Telephone: (202) 879-3435</u>
Mailing Address and Telephone Number

<u>ssooknanan@jonesday.com</u>
E-Mail Address


I hereby certify that a copy of this Entry of Appearance was served on April 29, 2015 via ECF to counsel of record.

(*See* Fed. R. App. P. 25(b))　　　　　　　　　　　/s/Sparkle L. Sooknanan
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Counsel

**A-5**　Entry of Appearance Form 10/09