**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**May 7, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>-------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al.,<br><br>    Amici Curiae. | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Govenor of the State of Colorado,<br><br>    Defendant - Appellee.<br>-------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al.,<br><br>    Amici Curiae. | No. 14-1292 |

———————————————
**ORDER**
———————————————

Before **MATHESON** and **BACHARACH**, Circuit Judges.
———————————————

These matters are before the Court on the April 27, 2015 motion to file an amicus brief, filed by the Brady Center to Prevent Gun Violence ("Brady Center"). The motion is granted. The Brady Center's amicus brief shall be deemed filed as of the date of this order.

                  Entered for the Court,

                  ELISABETH A. SHUMAKER, Clerk

                  by: Chris Wolpert
                      Chief Deputy Clerk