**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**May 21, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>-------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al.,<br><br>    Amici Curiae. | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Govenor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>-------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al., | No. 14-1292 |

Amici Curiae.

_____

**ORDER**

_____

These matters are before the court on appellants' second motion for extension of time to file the appellants' reply briefs in these appeals. At the direction of the court, the motion is granted. The reply briefs shall be served and filed on or before May 29, 2015. No further extensions will be granted.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk