FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 30, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>-------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al.,<br><br>    Amici Curiae. | No. 14-1290 |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Govenor of the State of Colorado,<br><br>    Defendant - Appellee.<br><br>-------------------------------------<br><br>CONGRESS OF RACIAL EQUALITY, et al.,<br><br>    Amici Curiae. | No. 14-1292 |

_____

**ORDER**
_____

This matter is before the court on Appellant's Response to motion to Strike Appendices and Associated Arguments in Reply Briefs; or in the Alternative, Motion to Supplement Record Pursuant to This Court's Equitable Power. The response is referred to the panel who will decide this appeal on the merits.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk