**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 2, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1292 |
| JOHN W. HICKENLOOPER, Govenor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |

Amici Curiae.

_____

**ORDER**

_____

This matter is before the court on appellee's reply in support of his motion to strike 56 pages of evidence that were not presented to the district court, but which appellants attached to their reply briefs. The appellee is also opposed to the appellants supplementing the record with these items. This reply is referred to the panel assigned to hear these cases on the merits.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk