**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 10, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------- | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1292 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------- | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

## ORDER
_____

Appellants' "Reply in Support of Alternative Motion to Supplement the Record Pursuant to This Court's Equitable Power" is referred to the panel who will decide this appeal on the merits.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk