FILED
United States Court of Appeals
Tenth Circuit

**September 28, 2015**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

COLORADO OUTFITTERS
ASSOCIATION, et al.,

       Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor
of the State of Colorado,

       Defendant - Appellee.

-------------------------------------

CONGRESS OF RACIAL EQUALITY,
et al.,

       Amici Curiae.

Nos. 14-1290 and 14-1292

_____

## ORDER

_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Richard Westfall and David Kopel argued for the Appellants. Matthew Grove argued for the Appellee.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court