

**CYNTHIA H. COFFMAN**
Attorney General

**DAVID C. BLAKE**
Chief Deputy Attorney General

**MELANIE J. SNYDER**
Chief of Staff

**FREDERICK R. YARGER**
Solicitor General

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 6th Floor
Denver, Colorado 80203
Phone (720) 508-6000

# STATE OF COLORADO
## DEPARTMENT OF LAW

State Services Section

March 7, 2016

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

RE: *Colo. Outfitters Assn. et al. v. Hickenlooper*, No. 14-1290; *Beicker, et al. v. Hickenlooper*, No. 14-1292

Dear Ms. Shumaker:

On February 8, 2016, Plaintiffs file a notice of supplemental authority citing *Kolbe v. Hogan*, No. 14-1945, slip op. (4th Cir. Feb. 4, 2016), as support for their argument that strict scrutiny should apply to Colorado's limitation on magazine capacity. The Governor filed a response on February 15, 2016.

On March 4, 2016, the Fourth Circuit Court of Appeals granted Appellees' petition for rehearing *en banc*. The panel opinion in *Kolbe* has been vacated. *En banc* arguments are set for May 11, 2016.

Sincerely,
FOR THE ATTORNEY GENERAL

*s/ Matthew D. Grove*
MATTHEW D. GROVE
Assistant Solicitor General
Public Officials Unit
State Services Section
720 508-6157
720 508-6041(FAX)
Email: matt.grove@coag.gov

cc: All counsel of record (submitted via CM/ECF)