FILED
United States Court of Appeals
Tenth Circuit

March 22, 2016

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; COLORADO FARM BUREAU; NATIONAL SHOOTING SPORTS FOUNDATION; MAGPUL INDUSTRIES; COLORADO YOUTH OUTDOORS; USA LIBERTY ARMS; OUTDOOR BUDDIES, INC.; WOMEN FOR CONCEALED CARRY; COLORADO STATE SHOOTING ASSOCIATION; HAMILTON FAMILY ENTERPRISES, INC., d/b/a Family Shooting Center at Cherry Creek State Park; DAVID BAYNE; DYLAN HARRELL; ROCKY MOUNTAIN SHOOTERS SUPPLY; 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; BURRUD ARMS INC., d/b/a Jensen Arms; GREEN MOUNTAIN GUNS; JERRY'S OUTDOOR SPORTS; SPECIALTY SPORTS & SUPPLY; GOODS FOR THE WOODS,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>    Defendant - Appellee.<br>_____<br><br>JIM BEICKER, Sheriff of Fremont County; RICK BESECKER, Sheriff of Gunnison County; RONALD BRUCE, Sheriff of Hinsdale County; DAVID D. | No. 14-1290<br>(D.C. No. 1:13-CV-01300-MSK-MJW)<br>(D. Colo.) |

CAMPBELL, Sheriff of Baca County; JAMES (JIM) CASIAS, Sheriff of Las Animas County; MILES CLARK; JOHN B. COOKE; JAMES CRONE, Sheriff of Morgan County; DOUGLAS N. DARR; CHAD DAY, Sheriff of Yuma County; RICK DUNLAP, Sheriff of Montrose County; DAVID ENCINIAS, Sheriff of Bent County; MIKE ENSMINGER, Sheriff of Teller County; JAMES FAULL; ROD FENSKE, Sheriff of Lake County; SCOTT FISCHER, Sheriff of Jackson County; FORREST FRAZEE; PETER GONZALEZ; BRUCE W. HARTMAN, Sheriff of Gilpin County; SHAYNE HEAP, Sheriff of Elbert County; FRED HOSSELKUS, Sheriff of Mineral County; TIM JANTZ; FRED JOBE; CHRIS S. JOHNSON; RODNEY JOHNSON; DONALD KRUEGER; LARRY KUNTZ; SUE KURTZ; TERRY MAKETA; JERRY MARTIN, Sheriff of Dolores County; DOMINIC MATTIVI, JR., Sheriff of Ouray County; FRED D. MCKEE, Sheriff of Delta County; AMOS MEDINA, Sheriff of Costilla County; TED B. MINK; JOHN MINOR, Sheriff of Summit County; TOM NESTOR, Sheriff of Lincoln County; BRUCE NEWMAN, Sheriff of Huerfano County; MIKE NORRIS; BRIAN E. NORTON, Sheriff of Rio Grande County; RANDY PECK; BRETT L. POWELL, Sheriff of Logan County; KEN PUTNAM; TOM RIDNOUR, Sheriff of Kit Carson County; GRAYSON ROBINSON; DUKE SCHIRARD; JUSTIN SMITH, Sheriff of Larimer County; DENNIS SPRUELL; DAVE STONG; CHARLES "ROB" URBACH, Sheriff of Phillips County; LOU VALLARIO, Sheriff of Garfiled County; DAVID A. WEAVER; FRED WEGENER, Sheriff of Park County; GARRETT WIGGINS, Sheriff of Routt

County; SI WOODRUFF; DAVID STRUMILLO; JOHN "SMOKEY" KURTZ, Sheriff of Crowley County; STEVE REAMS, Sheriff of Weld County; MICHAEL T. MCINTOSH, Sheriff of Adams County; SAM ZORDEL, Sheriff of Prowers County; CASEY SHERIDAN, Sheriff of Kiowa County; RICHARD VALDEZ, Sheriff of Archuleta County; K. C. HUME, Sheriff of Moffat County; SHANNON KEITH BYERLY, Sheriff of Custer County; SHAWN MOBLEY, Sheriff of Otero County; BRETT SCHROETLIN, Sheriff of Grand County; RICHARD A. ALBERS, Sheriff of Clear Creek County; JON STIVERS, Sheriff of Washington County; BRUCE CONRAD, Sheriff of San Juan County; BILL ELDER, Sheriff of El Paso County; JEFF SHRADER, Sheriff of Jefferson County; DAN WARWICK, Sheriff of Saguache County; THOMAS JAMES HANNA, Sheriff of Sedgwick County; GABRIEL DAVID JOINER, Sheriff of Cheyenne County; DAVID C. WALCHER, Sheriff of Arapahoe County; SEAN MICHAEL SMITH, Sheriff of La Plata County; STEVE NOWLIN, Sheriff of Montezuma County; ROBERT JACKSON, Sheriff of Alamosa County; TONY SPURLOCK, Sheriff of Douglas County; ANTHONY MAZZOLA, Sheriff of Rio Blanco County,

    Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant - Appellee.

No. 14-1292
(D.C. No. 1:13-CV-01300-MSK-MJW)
(D. Colo.)

_____

**JUDGMENT**

_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.

_____

These cases originated in the District of Colorado and were argued by counsel.

The judgment of that court is affirmed in part and vacated in part. The cases are remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk