**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**March 31, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

COLORADO OUTFITTERS
ASSOCIATION, et al.,

     Plaintiffs - Appellants,

v.                                                  No. 14-1290

JOHN W. HICKENLOOPER, Governor of
the State of Colorado,

     Defendant - Appellee.

_____

JIM BEICKER, Sheriff of Fremont
County, et al.,

     Plaintiffs - Appellants,

v.                                                  No. 14-1292

JOHN W. HICKENLOOPER, Governor of
the State of Colorado,

     Defendant - Appellee.

_____

### ORDER
_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

     This matter is before the court on Appellants' unopposed motion for extension of

time to file a petition for rehearing in this appeal.  The motion is granted.  The petition for

rehearing, if any, shall be filed on or before April 22, 2016.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk